IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Bernard

Printed: 01/06/09

Case Number: 07 B 14497
Judge: Hollis, Pamela S
Filed: 8/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: October 2, 2008
Confirmed: October 29, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 40,800.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 33,231.54 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 2,081.98 |
| Other Funds: |  | 3,286.48 |
| Totals: | 40,800.00 | 40,800.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,200.00 | 2,200.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 275.33 | 0.00 |
| 5. | Chase Home Finance | Secured | 1,735.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 446.68 | 446.68 |
| 7. | Discover Financial Services | Unsecured | 13,646.07 | 13,646.07 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 384.34 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 13,144.20 | 13,144.20 |
| 10. | RoundUp Funding LLC | Unsecured | 5,994.59 | 5,994.59 |
| 11. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 12. | AT&T Universal Card | Unsecured |  | No Claim Filed |
| 13. | Bank Of America | Unsecured |  | No Claim Filed |
| 14. | Citibank | Unsecured |  | No Claim Filed |
| 15. | CBA | Unsecured |  | No Claim Filed |
| 16. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 17. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,826.21 | $ 35,431.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 1,749.60 |
| 6.5% | 332.38 |
|  | $ 2,081.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Robinson, Bernard

Printed: 01/06/09

Case Number:  07 B 14497
Judge:  Hollis, Pamela S
Filed:  8/10/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

